**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN THE BANKRUPTCY MATTER OF: | Chapter 13 No.   14-23472 |
| John Schmit and Maria Schmit aka Maria A. Moreci aka Maria A. Brody aka Maria Moreci | Judge   LaShonda A. Hunt |
| Debtors | |

**NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE**

**To: See attached Service List**

PLEASE TAKE NOTICE that on September 6, 2018, I filed the attached Response to Notice of Final Cure, a copy of which is hereby served upon you.

/s/ Ross T. Brand

**Certificate of Service**

The undersigned certifies that he served a copy of the Notice of Filing and Response to Notice of Final Cure on the Debtors by depositing same in the United States mail at 150 N Michigan Ave., Chicago, Illinois 60601 at 5:00 p.m. on September 7, 2018 with proper postage prepaid and on the other listed parties via ECF notification.

/s/ Ross T. Brand
Ross T. Brand ARDC# 6294886

Kluever and Platt, LLC
150 N Michigan Ave., Suite 2600
Chicago, IL 60601
(312) 201-6670
Our File #: SPSB.1210

**SERVICE LIST**

John Schmit and Maria Schmit aka Maria A. Moreci aka Maria A. Brody aka Maria Moreci
6121 S. Narragansett Ave.
Chicago, IL 60638

Marilyn O. Marshall
224 South Michigan Ste 800
Chicago, IL 60604

Joseph G. Laspisa
Law Office of Joseph G. Laspisa, PC
96 West Moreland, Suite 14
Addison, IL 60101